IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CHESTER FINNEY SR.,
TDCJ-CID No. 1493956,

       Plaintiff,

v.                                                                      2:23-CV-3-Z-BR

MICHAEL WISE,

       Defendant.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States

Magistrate Judge ("FCR") (ECF No. 29) to grant Defendant's Motion to Dismiss pursuant to Rules

12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure ("Motion") (ECF No. 14).

Plaintiff filed objections ("Objections") (ECF No. 30), where he chiefly argues that he could have

made a better case with counsel, *see, e.g., id.* at 3, 4, 7. But the Court already declined to exercise

discretion to appoint counsel, and It sees no reason to revise that decision now. *See* ECF No. 17

(noting that "Plaintiff's case presents no exceptional circumstances to justify appointed counsel").

After making an independent review of the pleadings, files, and records in this case,

the FCR is correct. Thus, it is **ORDERED** that the FCR is **ADOPTED** and Defendant's Motion

is **GRANTED IN PART**. So Plaintiff's declaratory relief claims are thus **DISMISSED** without

prejudice, while all other claims are **DISMISSED** with prejudice.

       **SO ORDERED**.

August 23, 2024.

                                                  MATTHEW J. KACSMARYK
                                                  UNITED STATES DISTRICT JUDGE